*November 9, 1937.*

Yule and wife, Respondents, vs. Scheckler and another, Appellants.

For the appellants: *Kadwit & Lepp* of Kenosha.
For the respondents: *L. E. Vaudreuil* of Kenosha.

*By the Court.*—Judgment affirmed.

Estate of Gilford: Gilford and others, Appellants, vs. Huth, Executor, Respondent.

For the appellants: *Coleman & Barry* of Milwaukee.
For the respondent: *Samuel B. Perlson* and *H. S. Winnecour,* both of Milwaukee.

*By the Court.*—Order affirmed.

National Acceptance Corporation, Appellant, vs. Porter, Respondent.

For the appellant: *A. W. Richter,* attorney, and *Leo J. Landry* of counsel, both of Milwaukee.
For the respondent: *Wolfe & Hart* and *Z. F. O'Leary,* all of Milwaukee.

*By the Court.*—Judgment affirmed.